| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |
| UNITED STATES OF AMERICA | |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| ELIOT VILLAR, | |
| Defendant. | **09 Cr. 435** |

TO:  Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney for the
        Southern District of New York


      by: /s/ Daniel S. Noble
         Assistant United States Attorney
         (212) 637-2239